[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10850

Non-Argument Calendar

_____

SEAN ROBISON,

Plaintiff-Appellant,

*versus*

K2D, LLC,
a Colorado Limited Liability Company,
f.k.a. K2D, Inc.,
d.b.a. Colorado Premium Foods, a Colorado
corporation, et al.,
K2D, INC. OF COLORADO,
a Colorado corporation,
GRANT PARK PACKING COMPANY, INC.,
an Illinois corporation,
NORTH STAR IMPORTS, LLC,

2                    Opinion of the Court                    25-10850

d.b.a. North Star Imports & Sales LLC,

d.b.a. North Star Imports & Sales, a Minnesota limited

liability company,

US FOODS, INC.,

a Delaware corporation, et al.,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-03272-TWT

_____

Before JORDAN, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

Appellant Sean Robison moves to dismiss this appeal. The appellees do not oppose the motion. Accordingly, we GRANT the motion to dismiss and DISMISS this appeal. *See* Fed. R. App. P. 42(b)(2).